## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

HI LUBBOCK, INC., a New Mexico Corporation
formerly Ram Kabir, Inc., a New Mexico Corporation,
d/b/a Hampton Inn,

        Plaintiff,

v.                                                                                                  No. 1:16-CV-00939

CENTURY-NATIONAL INSURANCE COMPANY,
a California Corporation,

        Defendant.

### STIPULATION OF DISMISSAL OF ALL CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff HI Lubbock, Inc. voluntarily dismisses without prejudice all claims against Defendant Century-National insurance Company in this case.

All parties to this action stipulate to the dismissal without prejudice of Plaintiff's claims in this case

.

        Respectfully submitted:

        ROWLEY LAW FIRM LLC

        */s/ Richard F. Rowley II*
        Richard F. Rowley II, Esq.
        ROWLEY LAW FIRM LLC
        *Attorneys for the Plaintiff*
        P.O. Box 790
        305 Pile
        Clovis, NM 88102-0790
        (575) 763-4457
        r2@rowleylawfirm.com

APPROVED WITHOUT EXCEPTIONS

/s/ *James H. Johansen*
James H. Johansen
Jay J. Athey
BUTT THORNTON & BAEHR PC
*Attorneys for Defendant Century-National Insurance Company,*
P.O. Box 3170
Albuquerque, NM  87190-3170
Telephone:  (505) 884-0777
jhjohansen@btblaw.com
jjathey@btblaw.com

The undersigned certifies that a copy of the foregoing was served on all counsel of record via the CM/ECF system on the date filed.

By: /s/ Richard J Rowley